

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2023

No. 04-23-00217-CR

**IN RE** Jeshue Dominguez **CARBAJAL**

Original Proceeding[1]

### ORDER

On March 8, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is **LIFTED**.

It is so **ORDERED** on June 14, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 13753CR, styled *State of Texas v. Jeshue Dominguez Carbajal*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.